UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 20-22366-CIV-MORENO

WINDY LUCIUS,

       Plaintiff,

vs.

BATTERIES PLUS, LLC,

       Defendant.
_____/

### FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Notice of Voluntary Dismissal with prejudice **(D.E. 10),** filed on **August 10, 2020**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. Defendant has neither answered the complaint nor moved for summary judgment. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th of August 2020.

*[signature: Federico A. Moreno]*

_____
    FEDERICO A. MORENO
    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record